IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40682
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

CARLYS COOPER,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:96-CR-34-1
- - - - - - - - - -
February 12, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Carlys Cooper has filed a brief

as required by Anders v. California, 386 U.S. 738 (1967).  Our

independent review of the brief and the record discloses no

nonfrivolous issue.  Accordingly, counsel is excused from further

responsibilities herein and the APPEAL IS DISMISSED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.